Charles M. Walker
U.S. Bankruptcy Judge
Dated: 7/12/2017



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:  CASE NO. 15-00590-CW3-13
TASHA RENEE VINSON
1149 LAKEWALK DRIVE
ANTIOCH, TN  37013
SSN XXX-XX-1078

**ORDER AND NOTICE TO MODIFY CHAPTER 13 PLAN TO MODIFY CONTINUING PAYMENT PURSUANT TO PARAGRAPH 4(d)(iii) OF CONFIRMATION ORDER**

It appearing to the Court that the Order confirming the Debtors chapter 13 plan provides for the maintenance and cure of a long term payment pursuant to section 1322(b)(5) and that the plan specifically authorizes the court to alter the maintenance payments based upon the notice by the trustee that the underlying contract authorizes such modification without the necessity of hearing,

It further appears that, by submission of this order the Trustee has submitted such notice, it is therefore

ORDERED that the Debtors plan be amended as follows:

Payroll debtor 1 to increase from **$858.50** BI-WEEKLY to **$884.25** BI-WEEKLY

The continuing **mortgage** payment made to **NATIONSTAR MORTGAGE** shall increase from **$879.02 to $934.33** beginning with the **07/17** disbursement.

The base shall **increase from $111,200.00 to $112,970.**

PLEASE TAKE NOTE: The entry of this order could impact the below listed creditors in that the resulting modification may cause the continuing payments to be brought current (payments between the commencement date noted in paragraph 2, above and the date of approval) before distribution can be effected to other secured creditors. Impacted creditors may be:

**INSOLVE AUTO FUNDING** at **$350.00** per month.
**THE HOUSING FUND** at **$50.00** per month.

APPROVED FOR ENTRY:

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN  37203
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

THIS ORDER WAS SIGNED AND ENTERED
ELECTRONICALLY AS INDICATED AT THE TOP
OF THE FIRST PAGE.

NOTICE TO:
TASHA RENEE VINSON  1149 LAKEWALK DRIVE, ANTIOCH, TN  37013

MARK PODIS AND ASSOCIATES  1161 MURFREESBORO RD SUITE 300, NASHVILLE, TN  37217

NATIONSTAR MORTGAGE  P O BOX 619096, DALLAS, TX  75261-9741

NATIONSTAR MORTGAGE P O BOX 619094, DALLAS, TX  75261-9741

SHAPIRO AND INGLE LLP  10130 PERIMETER PKWY STE 400,  CHARLOTTE, NC  28216

**AFFECTED CREDITORS**

INSOLVE AUTO FUNDING

THE HOUSING FUND

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.